TODD BOLEY, No. 68119
ERICKSON, BEASLEY, HEWITT & WILSON LLP
483 Ninth Street, Suite 200
Oakland, California 94607
Telephone: (510) 839-3448; Fax: (510) 839-1622

Attorneys for Defendants
County of Alameda, Charles Plummer, Leendert Verburg, Michael Giammalvo, James Russell, Sean Osborne and Gina Livensparger

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PATTON and ELIJAH KING-WRIGHT, | Case No. C06-04108 MJJ |
| Plaintiffs, | Date: October 24, 2006 |
| | Time: 2:00 p.m. |
| v. | Courtroom 11, 19th Floor |
| COUNTY OF ALAMEDA, a governmental entity; CHARLES PLUMMER, in his capacity as Sheriff for the COUNTY OF ALAMEDA; LEENDERT VERBURG, individually, and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; MICHAEL GIAMMALVO, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; JAMES RUSSELL, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; SEAN OSBORNE, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; GINA LIVENSPARGER, individually and in her capacity as a deputy sheriff for the COUNTY OF ALAMEDA; and DOES 1-25, inclusive, | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| | Judge: Martin J. Jenkins |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate and jointly request that the Case Management Conference scheduled for October 24, 2006, the Rule 26 Initial Disclosure Statements and production of documents and things, and the Joint Case Management Conference Statement, be continued for a period of sixty (60) days, or as soon hereafter as the Court deems appropriate.

This Stipulation and proposed Order are made due to the following facts:

1. Edwin J. Wilson, Jr., the attorney originally assigned to this case from Erickson, Beasley, Hewitt & Wilson LLP, the law firm representing defendants, has taken a new position with the firm of Lafayette and Kumagai, effective October 1, 2006. This new firm is not currently on the panel of counsel authorized to represent defendants in this case. Therefore defendant County of Alameda is required by its RFP rules and procedures to reassign the case to another attorney, who must then become familiar with this case.

2. In addition, the County defendants have filed a motion to dismiss currently scheduled to be heard on November 14, 2006. The parties agree that the motion should go forward as scheduled so the issues raised by the motion can be resolved at an early date, and the scope of the case can be more fully defined. The parties believe that their efforts to meet and confer regarding relevant case management issues will be more fruitful after receiving the Court's guidance following the rulings on the proposed motions.

3. Mr. Wilson has conferred with both John L. Burris and Gayla B. Libet, attorneys representing the plaintiffs, and plaintiffs' counsel have no objections to the above Stipulation.

Dated: October 11, 2006       LAW OFFICES OF GAYLA B. LIBET

                              By: /s/ Gayla B. Libet
                                  Gayla B. Libet

                              Attorneys for Plaintiffs

Dated: October 11, 2006       LAW OFFICES OF JOHN L. BURRIS

                              By: /s/ John L. Burris
                                  John L. Burris

                              Attorneys for Plaintiffs

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE OF CASE MANAGEMENT CONFERENCE          2                C06-04108 MJJ

1  Dated: October __9__, 2006          ERICKSON, BEASLEY, HEWITT & WILSON LLP

2

3                                      By: _____
                                            Todd Boley
4
                                       Attorneys for Defendants
5

6  Dated: October __9__, 2006          LAFAYETTE & KUMAGAI LLP

7

8                                      By: _____
                                            Edwin J. Wilson, Jr.
9
                                       Attorneys for Defendants
10

11                                  **ORDER**

12      PURSUANT TO STIPULATION, IT IS SO ORDERED. Initial Case Management
    Conference rescheduled for Tuesday, January 23, 2007 at 2:00 p.m.
13

14  Dated: 10/17/2006                  _____
                                       HONORABLE MARTIN J. JENKINS
15                                     Judge of the District Court

16
    Q:\Alameda County\Patton 1458\Pld\Stip.Extension.100906.wpd
17

STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE OF CASE MANAGEMENT CONFERENCE        3                C06-04108 MJJ