E-filing

FILED
MAR 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS PATTON,

    Plaintiff,

v.

COUNTY OF ALAMEDA,

    Defendant.

No. C06-04108 MJJ

**ORDER REGARDING PROTECTIVE ORDER**

On March 9, 2007, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

    1)    When defining what constitutes "Confidential Information," add a provision which provides that the information sought to be protected is properly subject to protection under FRCP Rule 26(c) and that counsel shall not designate any discovery material "CONFIDENTIAL" without first making a good faith determination that protection is warranted.

///
///
///
///
///

2)  Striking the language contained at page 5, lines 3-8 of the Proposed Stipulated Protective Order, beginning with the words "Materials lodged...."

**IT IS SO ORDERED.**

Dated: 3/13/07

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2