1  JOHN L. BURRIS, No. 69888
   **LAW OFFICES OF JOHN L. BURRIS**
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  510 839-5200 / 510-839-3882 (fax)

4  *Attorneys for Plaintiffs* Louis Patton and Elijah King-Wright

5  TODD BOLEY, No. 68119
   **ERICKSON, BEASLEY & HEWITT LLP**
6  483 Ninth Street, Suite 200
   Oakland, CA 94607
7  (510) 839-3448 / (510) 839-1622 (fax)

8  *Attorneys for Defendants* County of Alameda, Charles Plummer,
   Leendert Verburg, Michael Giammalvo, James Russell, Sean
9  Osborne and Gina Livensparger

10

11              IN THE UNITED STATES DISTRICT COURT

12         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  LOUIS PATTON and ELIJAH KING-WRIGHT, | Case No. C06-04108 MJJ |
| 15        Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| 16  v. | **(F.R.C.P. 41(a)(1)(ii))** |
| 17  COUNTY OF ALAMEDA, a governmental entity; CHARLES PLUMMER, in his capacity | Judge: Martin J. Jenkins |
| 18  as Sheriff for the COUNTY OF ALAMEDA; LEENDERT VERBURG, individually, and in | |
| 19  his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; MICHAEL GIAMMALVO, | |
| 20  individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; | |
| 21  JAMES RUSSELL, individually and in his capacity as a deputy sheriff for the COUNTY | |
| 22  OF ALAMEDA; SEAN OSBORNE, individually and in his capacity as a deputy | |
| 23  sheriff for the COUNTY OF ALAMEDA; GINA LIVENSPARGER, individually and in her | |
| 24  capacity as a deputy sheriff for the COUNTY OF ALAMEDA; and DOES 1-25, inclusive, | |
| 25        Defendants. | |

26

27       IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned
28  counsel that:

1.     The parties have entered into a settlement pursuant to which plaintiffs have agreed to dismiss the action with prejudice.

2.     The above entitled action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

3.     The parties shall bear their own costs and attorneys fees.

Dated: 3/26/07

LAW OFFICES OF JOHN L. BURRIS

By: _____
John L. Burris

Attorneys for Plaintiffs and Releasors
Louis Patton and Elijah King-Wright

Dated: March 27, 2007

ERICKSON, BEASLEY & HEWITT LLP

By: _____
Todd Boley

Attorneys for Defendants and Releasees
County of Alameda, Charles Plummer, Leendert Verburg, Michael Giammalvo, James Russell, Sean Osborne and Gina Livensparger

**IT IS SO ORDERED.**

Dated: 4/10/2007

_____
Judge of the District Court

Q:\Alameda County\Patton 1458\Pld\032707 Stip for Dismissal and Order.wpd